Screenshot of online registration and email confirmation. Term and conditions must be accepted to complete registration

