RE: Case: 1584361809, 1584361806, 1584361811, 1584361819, 1584361815, 1584361829, 584361834, 1584361844, 1584361824, 1584361853

Screenshot of online registration and email confirmation. Term and conditions must be accepted to complete registration

