**Clean Energy Experts**
1601 N. Sepulveda Blvd #227
Manhattan Beach, CA  90266
8886306690
accounting@cleanenergyexperts.com



1601 N. Sepulveda Blvd. Suite 227
Manhattan Beach, CA 90266
clients@cleanenergyexperts.com
Toll Free +1 888-630-6690

| BILL TO | | |
|---|---|---|
| Nick Benhammou | **INVOICE #** | 483355 |
| Group Solar USA | **DATE** | 10/01/2022 |
| | **DUE DATE** | 10/01/2022 |
| | **TERMS** | Net 0 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 10/01/2022<br>**Leads-Solar Residential**<br>Fraudulent chargebacks | | | 193,288.00 |

| | | | |
|---|---|---|---|
| ACH/Wire Information | **BALANCE DUE** | | **$193,288.00** |
| Clean Energy Experts | | | |
| Silicon Valley Bank SJ | | | |
| Account Number: 3302488243 | | | |
| Routing Number: 121140399 | | | |

Send questions or inquiries to accounting@cleanenergyexperts.com