## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CLEAN ENERGY EXPERTS | : | |
| | : | CIVIL ACTION NO.: 1:23-cv-001940 |
| *Plaintiff*, | : | |
| v. | : | |
| NICK BENHAMMOU and DANIEL YOMTOBIAN, | : | |
| *Defendant*. | : | MARCH 13, 2023 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, Clean Energy Experts (a private non-governmental party), states that it is a direct, wholly-owned subsidiary of Sunrun Inc., which is a Delaware corporation.  The undersigned counsel further certifies as this action is based on diversity of Citizenship under 28 U.S.C. § 1332(a), on information and belief, that Defendant Benhammou is a natural person with a domicile of the City of New York, Bronx County, State of New York, and that Defendant Yomtobian is a natural person with a domicile of Town of Great Neck, Nassau County, New York.

Dated: March 13, 2023
        New York, New York                                            Respectfully submitted,

                                                        **GORDON REES SCULLY MANSUKHANI**

                                                        */s/Brendan T. Mahoney*
                                                        Brendan T. Mahoney
                                                        Bar No. MA9862
                                                        One Battery Park Plaza, 28th Floor
                                                        New York, NY 10004
                                                        Phone: (860) 494-7489
                                                        bmahoney@grsm.com
                                                        ***Attorneys for Plaintiff Clean Energy Experts***

## **CERTIFICATION**

      I hereby certify that on this 13th day of March, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings.  Parties may access this filing through the Court's CM/ECF System.

      */s/ Brendan T. Mahoney*
      Brendan T. Mahoney