UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLEAN ENERGY EXPERTS,

                    Plaintiff,

          v.

NICK BENHAMMOU and DANIEL
YOMTOBIAN,

                    Defendants.

No. 23-cv-1940 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

An initial status conference was previously scheduled in this matter for June 2, 2023 at 3:15 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to 1:00 p.m. on June 14, 2023. Call-In Number: (888) 363-4749; Access Code: 1015508#.

Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:     June 2, 2023
           New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge