UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLEAN ENERGY EXPERTS,<br><br>                          Plaintiff,<br><br>           v.<br><br>NICK BENHAMMOU and DANIEL YOMTOBIAN,<br><br>                          Defendants. | No. 23-cv-1940 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

       With apologies for the inconvenience, while an initial status conference was previously scheduled in this matter for June 14, 2023 at 1:00 p.m., due to a scheduling conflict, the conference is hereby rescheduled to June 21, 2023 at 3:30 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

       Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    June 13, 2023
               New York, New York

                                                           Ronnie Abrams
                                                           United States District Judge