UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
......................................................................X
CLEAN ENERGY EXPERTS,

                Plaintiff,                Case No.: 1:23-cv-01940-RA

        v.

NICK BENHAMMOU and DANIEL YOMTOBIAN,    **DECLARATION IN SUPPORT OF MOTION TO DISMISS**

                Defendants.

...................................................... X

        Yifat V. Schnur, an attorney duly admitted to this Court, declares pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury that the following is true and correct:

        1.    I am the sole member of Yifat V. Schnur Esquire, LLC, attorney of record for the defendant Nick Benhammou ("Defendant") in the above-captioned case.

        2.    I submit this declaration, made based on my personal knowledge, in support of Defendant's Motion to Dismiss the Complaint.

        3.    Annexed hereto as Exhibit A is a true and correct copy of Plaintiff's Complaint, filed on March 9, 2023.

                                          Yifat V. Schnur Esquire, LLC

                              By: _____
                                       Yifat Schnur
                                       26 Broadway, 19th floor
                                       New York, NY 10004
                                       (347) 268-5347

                                       *Attorney for Defendant Nick Benhammou*

Dated: New York, New York
         August 17, 2023