UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
......................................................................X
CLEAN ENERGY EXPERTS,

        Plaintiff,                      Case No.: 1:23-cv-01940-RA

        v.

                                      **NOTICE OF MOTION TO DISMISS**

NICK BENHAMMOU and DANIEL YOMTOBIAN,

        Defendants.

...................................................................... X

PLEASE TAKE NOTICE THAT, upon the attached Memorandum of Law, dated August 17, 2023, the accompanying Declaration of Yifat Schnur, with exhibits, and all prior pleadings and proceedings herein, Defendant Nick Benhammou, by his attorneys, will move this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York, before the Honorable Ronnie Abrams to dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(3) because of the existence of an arbitration agreement, in the alternative, to dismiss the complaint under Fed.R.Civ.P. 12(b)(6) for failure to state a claim, and for such other relief as this Court deems just and proper.

                                                  Yifat V. Schnur Esquire, LLC

                    By: _____
                          Yifat Schnur
                          26 Broadway, 19th floor
                          New York, NY 10004
                          (347) 268-5347

                          *Attorney for Defendant Nick Benhammou*

Dated: New York, New York
       August 17, 2023