BRENDAN T. MAHONEY
BMAHONEY@GRSM.COM



95 GLASTONBURY BLVD, SUITE 206
GLASTONBURY, CT 06033
WWW.GRSM.COM

August 29, 2023

**VIA ECF**
Honorable Ronnie Abrams
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom No. 1506
New York, New York 10007

      **RE:** **Clean Energy Experts v. Nick Benhammou and Daniel Yomtobian,**
           Case No. 1:23-cv-01940-RA- *Plaintiff's deadline to respond to Defendant Benhammou's Motion to Dismiss*

Dear Honorable Judge Abrams,

    Plaintiff is requesting clarification that its deadline to respond to Defendant Benhammou's Motion to Dismiss is September 11, 2023, and if it is not Plaintiff is requesting Court approval for its agreement with Defendant Benhammou that Plaintiff's deadline to respond to the Motion to Dismiss is now September 11, 2023.

    The docket entry for Defendant's Amended Motion to Dismiss Complaint reads in part "responses due by 9/11/23." *See*, ECF 28. Plaintiff believes this means that its opposition to the Motion to Dismiss is due on September 11, 2023, but in an abundance of caution is seeking confirmation of same.

    In the event the above docket entry does not place Plaintiff's deadline to respond on September 11, 2023, Plaintiff is requesting the Court's approval to set its deadline to respond to the Motion to Dismiss to that date. Plaintiff needs further time to marshal its facts and arguments in opposition to the Motion. Plaintiff has corresponded on this issue with Defendant Benhammou, and Defendant Benhammou consents to September 11, 2023 as the deadline by which Plaintiff is to file its opposition to the Motion to Dismiss.

    We thank the Court and Your Honor for your attention and courtesies.

Application granted. Plaintiff's deadline
for responding to the Motion to Dismiss is
September 11, 2023.

SO ORDERED.

Hon. Ronnie Abrams
August 30, 2023

Sincerely,

Brendan T. Mahoney, Esq