BRENDAN T. MAHONEY
BMAHONEY@GRSM.COM



95 GLASTONBURY BLVD, SUITE 206
GLASTONBURY, CT 06033
WWW.GRSM.COM

September 5, 2023

**VIA ECF**
Honorable Ronnie Abrams
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom No. 1506
New York, New York 10007

        **RE:** **Clean Energy Experts v. Nick Benhammou and Daniel Yomtobian,**
             Case No. 1:23-cv-01940-RA- *Plaintiff's Notification in accordance with*
             *Judge Abrams' Individual Rules of Practice 4(c).*

Dear Honorable Judge Abrams,

      In compliance with Your Honor's Individual Rules of Practice 4(c), Plaintiff notifies that Court and the Defendants herein that it stands on its pleadings and will not amend its Complaint (ECF # 2) in response to Defendant Benhammou's Amended Motion to Dismiss Complaint (ECF # 28).

      We thank the Court and Your Honor for your attention and courtesies.

                                      Sincerely,

                                      Brendan T. Mahoney, Esq

CC:

ALL COUNSEL OF RECORD VIA ECF