UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLEAN ENERGY EXPERTS,

                Plaintiff,

      v.

NICK BENHAMMOU and DANIEL YOMTOBIAN,

                Defendants.

No. 23-cv-1940 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      For the reasons discussed at the telephone conference held today, all discovery is stayed in this matter pending the Court's decision on Defendant Benhammou's Motion to Dismiss and Defendant Yomtobian's Motion for Judgment on the Pleadings. As stated at the conference, Defendant Benhammou's reply brief is due by October 24, 2023. Otherwise, the parties shall refer to Local Civil Rule 6.1(b) for the deadlines on the remaining briefing with respect to Defendant Yomtobian's Motion for Judgment on the Pleadings.

SO ORDERED.

Dated:    September 13, 2023
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge