BRENDAN T. MAHONEY
BMAHONEY@GRSM.COM



95 GLASTONBURY BLVD, SUITE 206
GLASTONBURY, CT 06033
WWW.GRSM.COM

September 22, 2023

**VIA ECF**
Honorable Ronnie Abrams
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom No. 1506
New York, New York 10007

        **RE:** **Clean Energy Experts v. Nick Benhammou and Daniel Yomtobian,**
              Case No. 1:23-cv-01940-RA- *Plaintiff's deadline to respond to Defendant Yomtobian's Motion to Dismiss*

Dear Honorable Judge Abrams,

    Plaintiff is requesting an extension of the deadline to file opposition to Defendant Yomtobian's Motion to Dismiss filed under docket entry No. 38 up to and including October 13, 2023. Plaintiff needs more time to marshal the facts and law pertaining to this opposition.

    Defendant Yomtobian consents to this extension.

    We thank the Court and Your Honor for your attention and courtesies.

                                                   Sincerely,

                                                   Brendan T. Mahoney, Esq

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
September 25, 2023