BRENDAN T. MAHONEY
BMAHONEY@GRSM.COM



95 GLASTONBURY BLVD, SUITE 206
GLASTONBURY, CT 06033
WWW.GRSM.COM

October 12, 2023

**VIA ECF**
Honorable Ronnie Abrams
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom No. 1506
New York, New York 10007

      **RE:**    **Clean Energy Experts v. Nick Benhammou and Daniel Yomtobian,**
              Case No. 1:23-cv-01940-RA- *Plaintiff's Second Letter seeking adjournment of deadline to respond to Defendant Yomtobian's Motion to Dismiss.*

Dear Honorable Judge Abrams,

    Plaintiff is making an application for an adjournment of its deadline to respond to Defendant Yomtobian's Motion to Dismiss Complaint (ECF # 45 and 46) up to and including October 20, 2023. The Court previously granted an extension to October 13, 2023, at that time pertaining to ECF # 38, which has now been amended by ECF #45 and 46.

    Plaintiff needs more time to confer with his client concerning this Opposition. Specifically undersigned counsel needs more time to discuss with his client the facts that have become apparent during his investigation of this matter in preparing this objection regarding the actions of Defendants on or about June, 2022, as well as the legal authorities relied on in Defendant's motion as they pertain to same. Plaintiff admittedly needs this short, further extension, and no party will suffer prejudice from same.

    Defendant Yomtobian consents to this extension.

    We thank the Court and Your Honor for your attention and courtesies.

                        Sincerely,

                        Brendan T. Mahoney, Esq

CC:

ALL COUNSEL OF RECORD VIA ECF

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
October 13, 2023