UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLEAN ENERGY EXPERTS,<br><br>                   Plaintiff(s),<br><br>      v.<br><br>NICK BENHAMMOU, et al.,<br><br>                   Defendant(s). | 23-CV-1940 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

      This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines – including those related to Defendant Benhammou's motion to dismiss and Defendant Yomtobian's motion for judgment on the pleadings – shall remain in effect notwithstanding the case's reassignment.

Dated: October 17, 2023
       New York, New York

                                                        DALE E. HO
                                               United States District Judge