UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLEAN ENERGY EXPERTS,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>NICK BENHAMMOU, et al.,<br><br>                    Defendant(s). | 23-CV-1940 (DEH)<br><br>NOTICE OF REASSIGNMENT |

DALE E. HO, United States District Judge:

On September 25, 2023, Defendant Daniel Yomtobian filed a motion for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c). *See* Dkt. No. 45. On October 20, 2023, Plaintiff filed its opposition to the motion. *See* Dkt. No. 53. An order issued September 13, 2023, stated that Local Civil Rule 6.1(b) governed the deadlines with respect to Yomtobian's motion. *See* Dkt. No. 42. Under that rule, "any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers." The deadline to file any reply papers was October 27, 2023. *See* Local Civil Rule 6.4 ("Saturdays, Sundays, and legal holidays are no longer excluded in computing periods of time."). Yomtobian did not file any such reply papers.

It is hereby **ORDERED** that Defendant Yomtobian shall file any reply as soon as possible and no later than **October 31, 2023**. If no such reply is timely filed, the motion will be deemed fully briefed.

Dated: October 30, 2023
       New York, New York

                                                              _____
                                                              DALE E. HO
                                                              United States District Judge