BRENDAN T. MAHONEY
BMAHONEY@GRSM.COM



95 GLASTONBURY BLVD, SUITE 206
GLASTONBURY, CT 06033
WWW.GRSM.COM

October 31, 2023

**VIA ECF**
Honorable Dale Ho
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      **RE:** **Clean Energy Experts v. Nick Benhammou and Daniel Yomtobian,**
            Case No. 1:23-cv-01940-RA; *Plaintiff's Letter Motion for Leave to File a Sur-Reply in Further Support of its Opposition to Defendant Benhammou's Motion to Dismiss (ECF 28).*

Dear Honorable Judge Ho,

    Reference is made to mine of even date herewith. *See*, ECF 58.

    After further consultations with counsel to Defendant Benhammou, Plaintiff represents that Defendant Benhammou does not object to Plaintiff filing the *sur-reply*, leave to file which is presently sought.

    We thank counsel, the Court, and Your Honor for your attention and courtesies.

                                        Sincerely,

                                        Brendan T. Mahoney, Esq

CC:

ALL COUNSEL OF RECORD VIA ECF