UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLEAN ENERGY EXPERTS, <br><br>                              Plaintiff(s), <br><br> v. <br><br> NICK BENHAMMOU, et al., <br><br>                              Defendant(s). | 23-CV-1940 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

On August 21, 2023, Defendant Nick Benhammou filed a motion to dismiss the Complaint.  *See* Dkt. No. 28.  On September 25, 2023, Defendant Daniel Yomtobian filed a motion for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c).  *See* Dkt. No. 45.  Those motions are fully briefed.

It is hereby **ORDERED** that the parties shall appear for a conference on **December 8, 2023, at 10:30 A.M. EST** regarding the pending motions.  The parties shall be prepared to discuss the status of the arbitration between Plaintiff and Group Solar and Solar Program and the state court action between Defendants.  The parties shall also be prepared to discuss the viability of a breach of contract claim against Defendants.  The conference will be telephonic.  The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 900 351 18, followed by the pound sign (#).

Dated: November 29, 2023
          New York, New York

_____
DALE E. HO
United States District Judge