

Alexander Shiryak, Esq.<br>
Dustin Bowman, Esq.<br>
Mark Anderson, Esq.<br>
Navpreet K. Gill, Esq.<br>
Alexander Kadochnikov, Esq.

Btzalel Hirschhorn, Esq. ● Matthew J. Routh, Esq. ● Nicholas Neocleous, Esq. ● Kimberly Gernatt, Esq.

May 19, 2023

<u>Via ECF</u>
Honorable Dale E Ho
United States District Court Southern District of New York
500 Pearl Street New York, NY 10007

**Re:** Clean Energy Experts v. Nick Benhammou and Daniel Yomtobian
*Case # 1:23-cv-01940-RA*
<u>Motion to extend adjourn conference</u>

Dear Honorable Ho,

I represent defendant Daniel Yomtobian ("Yomtobian") in the above-referenced matter.

On November 29, 2023, Your Honor issued an Order requiring the parties to appear telephonically on December 8, 2023 at 10:30 a.m. regarding the pending motion (ECF # 62)

I am respectfully requesting an adjournment of this conference because I am out of the country until December 10, 2023.

Counselors for Plaintiff and co-defendant are consenting to an adjournment. Counselor for the co-defendant indicated that because of prior obligations she is unavailable until after December 15, 2023.

Attorney for the Plaintiff indicated that he is not available on December 19, 2023.

I am available any day after December 15, 2023.

---

Application **GRANTED**. The conference scheduled for December 8, 2023, is **ADJOURNED** to **December 20, 2023, at 11:30 A.M. EST.** The conference will be telephonic. The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 900 351 18, followed by the pound sign (#). So Ordered.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 63.

*/s/ Dale E. Ho*

Dale E. Ho
United States District Judge
Dated: November 29, 2023
New York, New York

80-02 Kew Gardens Road, Suite 600, Kew Gardens, New York 11415 | 718-577-3261 | F: 718-744-2455 |SBAGK.com



Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet K. Gill, Esq.
Alexander Kadochnikov, Esq.

---

Btzalel Hirschhorn, Esq. ● Matthew J. Routh, Esq. ● Nicholas Neocleous, Esq. ● Kimberly Gernatt, Esq.

In light of this, I respectfully request Your Honor to grant me this extension. This is my first request for an adjournment. There are no other appearances scheduled with the Court in this matter at this time.

Sincerely,

_____
Alexander Kadochnikov, Esq.